_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 09, 2020

MELISSA A. VERMILLION
NV BAR NO. 10261
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
7251 WEST LAKE MEAD BLVD., SUITE 300
LAS VEGAS, NEVADA 89128
Phone: (972) 386-5040
Direct: (626) 371-7045
Fax: (972) 661-7726
E-mail: NV.ECF@BDFGROUP.COM
File No. 8321895

Attorney for Secured Creditor
WILMINGTON TRUST, NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE OF MFRA TRUST 2014-2

E-Filed January 8, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| In re:<br>ANNE SULLIVAN,<br><br>Debtor(s). | CASE NO.    18-50899-btb<br><br>CHAPTER    13<br><br>Hearing Date:  December 10, 2019<br>Hearing Time:  2:00 p.m. |

**ORDER DENYING OBJECTION TO PROOF OF CLAIM #3-1**

The Court having considered the Debtor's Objection to Proof of Claim #3-1 (Document No. 41) *that* came on for hearing in the United States Bankruptcy Court before the Honorable Bruce T. Beesley. Melissa A. Vermillion, Esq. having appeared on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2014-2 ("Secured Creditor"), and John S. Bartlett, Esq. having appeared on behalf of the ANNE SULLIVAN ("Debtor"), having considered the evidence presented and based upon the findings and conclusions that were detailed on the record, and for all those reasons, the court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtor's Objection to Secured Creditor's Proof of Claim #3 is hereby DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor's Promissory Note is bearer paper and that the Court finds that Secured Creditor is the holder and is able to enforce its state law remedies.

###

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Debtor(s)/Debtor(s)' Attorney: John Bartlett

☐ I certify that this is a case under Chapter 13, that I have served a copy of this order with the pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 8th day of January 2019.

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

By:   */s/ Melissa A. Vermillion*
MELISSA A. VERMILLION
Nevada Bar No.: 10261